UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID DEWAYNE TIDWELL, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0357 (RBW) |
| ALBERTO GONZALES *et al.*, | ) |
| Respondents. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that this case is DISMISSED for want of jurisdiction. This is a final appealable Order.

                                                  _____s/_____
Reggie B. Walton
United States District Judge

Dated: February 21, 2007